**IN THE UNITED STATES COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CNA FINANCIAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NSIC HOLDINGS LLC d/b/a LIBERTY | ) | Case No. 1:20-cv-00212 |
| AUTO WARRANTY, ANTHONY HODEL, | ) | |
| INDIVIDUALLY, AND ANTHONY | ) | |
| HODEL d/b/a HODEL HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S REPORT ON MR. HODEL**

The Lorain Correctional Institution reports that Mr. Hodel was released on September 17, 2020. The Institution does not have any information about Mr. Hodel's current whereabouts.

DATED: September 22, 2020                Respectfully submitted,


                                                        *s/ Bryan P. Sugar*
                                                        Bryan P. Sugar
                                                        LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                        550 West Adams Street, Suite 300
                                                        Chicago, Illinois 60661
                                                        Tel. 312.345.1718
                                                        Fax 312.345.1778
                                                        Bryan.Sugar@lewisbrisbois.com

                                                        Attorney for Plaintiff CNA Financial Corporation