**IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CNA FINANCIAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NSIC HOLDINGS LLC d/b/a LIBERTY AUTO WARRANTY, ANTHONY HODEL, INDIVIDUALLY, AND ANTHONY HODEL d/b/a HODEL HOLDINGS, LLC, | ) ) ) ) | Case No. 1:20-cv-00212 |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

**[PROPOSED] ORDER**

Based on the Parties' stipulation, and for good cause shown, the Court makes the following Order:

1. Defendants NSIC HOLDINGS LLC d/b/a LIBERTY AUTO WARRANTY, ANTHONY HODEL, INDIVIDUALLY, AND ANTHONY HODEL d/b/a HODEL HOLDINGS, LLC ("Defendants"), and any agent, representative or corporate affiliate acting on their behalf, shall be permanently enjoined from using the CNA trademark and any other name or mark confusingly similar to the CNA trademark, or any mark that incorporates the CNA mark, including but not limited to, CNA SURETY, in any manner or medium. In addition, Defendants and any agent, representative or corporate affiliate acting on their behalf, shall be permanently enjoined from owning or using the libertyautowarranty.com domain name.

2. This shall be deemed a worldwide injunction binding on Defendants, their agents and representatives or corporate affiliates, any website controlled by the foregoing, and any agent acting on their behalf.

3. This Court shall have continuing jurisdiction for purposes of enforcing the injunction.

4. The above entitled matter is hereby DISMISSED with prejudice against Defendants, but without prejudice to any action to enforce this Order. All attorneys' fees, costs of court, and expenses will be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated: _____

By: _____
Honorable Sara L. Ellis,
U.S. District Court Judge